# Exhibit 6

## U.S. Patent No. 10,313,820 v. Target

**Accused Products**

Electronic devices including the Galaxy Tab S10 FE, S10, S10 5G, S10 Lite, S10e, S20, S20 5G, S20 FE, S20 FE 5G, S20 Ultra, S20 Ultra 5G, S20+, S21, S21 5G, S21 FE, S21 FE 5G, S21 Ultra, S21 Ultra 5G, S21+, S21+ 5G, S22, S22 Ultra, S22 5G, S22+, S22+ 5G, S23, S23+, S23 5G, S23 Ultra, S24, S24 Ultra, S24+, S25, S25 Ultra, S25+, Note 10, Note 10+, Note 10+ 5G, Note 20, Note 20 Ultra 5G, A52, A52 5G, A53 5G, A54 5G, A55 5G, Z Flip 3, Z Flip 4, Z Flip 5, Z Flip 6, Z Fold 2, Z Fold 3, Z Fold 4, Z Fold 5, and Z Fold 6 models, alone or in combination with audio accessories including Galaxy Buds3 Pro, Buds3, Buds2, Buds2 Pro, Buds Pro, Buds3 FE, and Buds Live.

**Claim 1**

| Claim 1 | Accused Products |
|---|---|
| [1.0] A method for enhancing an audio signal having a left input channel and a right input channel, comprising: | To the extent the preamble is limiting, each Accused Product perfoms a method for enhancing an audio signal having a left input channel and a right input channel. For example, the Galaxy Tab S10 FE performs spatial audio processing for audio played through the phone's built-in speakers. When the processing is enabled, the Galaxy Tab S10 FE performs subband crosstalk cancellation with subband spectral correction, as described below. *See* claim limitations below. *See also, e.g.*: |

1

| Claim 1 | Accused Products |
|---|---|
| |  Photograph of exemplary Galaxy Tab S10 FE, available at https://www.samsung.com/us/tablets/galaxy-tab-s10-fe/buy/galaxy-tab-s10-fe-blue-128gb-sku-sm-x520nlbaxar/ |

2

| Claim 1 | Accused Products |
|---|---|
|  | **Power to maximize downtime**<br><br>The latest Exynos 1580 chipset fuels what you love with powerful performance, whether you're multitasking in split view or going further than ever before in your favorite game.<br><br>https://www.samsung.com/us/tablets/galaxy-tab-s10-fe/ |

3

| Claim 1 | Accused Products |
|---------|------------------|
|         |  Photograph of speakers on Galaxy Tab S10 FE series, available at https://www.samsung.com/us/tablets/galaxy-tab-s10-fe/ |

| Claim 1 | Accused Products |
|---|---|
| | <br>Photograph of Galaxy Tab S10 FE with user in expected listening position, available at https://www.samsung.com/us/tablets/galaxy-tab-s10-fe/ |
| [1.1] processing the left input channel and the right input channel into a spatial component and a nonspatial component, the spatial | Each Accused product performs a method that includes the step of processing the left input channel and the right input channel into a spatial component and a nonspatial component, the spatial component including a difference between the left input channel and the right input |

5

| Claim 1 | Accused Products |
|---|---|
| component including a difference between the left input channel and the right input channel and the nonspatial component including a sum of the left input channel and the right input channel; | channel and the nonspatial component including a sum of the left input channel and the right input channel.<br><br>For example, in the Galaxy Tab S10 FE, when spatial enhancement is enabled, the device performs crosstalk cancellation, including a cross-channel delay of approximately 4 samples when playing at a sample rate of 44.1 kHz. This crosstalk processing introduces peaks and troughs in the frequency response of the audio system, including the mid (nonspatial) and side (spatial) components of the output signal. The Galaxy Tab S10 FE compensates for those peaks and troughs using one or more filters applied to both spatial and nonspatial components. |
| [1.2] applying first subband gains to subbands of the spatial component to generate an enhanced spatial component, wherein applying the first subband gains to the subbands of the spatial component includes applying a first set of subband filters to the spatial component; | Each Accused product performs a method that includes the step of applying first subband gains to subbands of the spatial component to generate an enhanced spatial component, wherein applying the first subband gains to the subbands of the spatial component includes applying a first set of subband filters to the spatial component.<br><br>For example, in the Galaxy Tab S10 FE, when spatial enhancement is enabled, the device performs crosstalk cancellation, including a cross-channel delay of approximately 4 samples when playing at a sample rate of 44.1 kHz. As noted above, the peaks and troughs introduced by the crosstalk processing are compensated for through filtering; the applied filtering includes gains being applied to subbands of the side portion of the output signal in order to generate an enhanced portion of the output signal. |
| [1.3] applying second subband gains to subbands of the nonspatial component to generate an enhanced nonspatial component, wherein applying the second subband gains to the subbands of the nonspatial component includes applying a second set of subband filters to the nonspatial component; and | Each Accused product performs a method that includes the step of applying second subband gains to subbands of the nonspatial component to generate an enhanced nonspatial component, wherein applying the second subband gains to the subbands of the nonspatial component includes applying a second set of subband filters to the nonspatial component.<br><br>For example, in the Galaxy Tab S10 FE, when spatial enhancement is enabled, the device performs crosstalk cancellation, including a cross-channel delay of approximately 4 samples when playing at a sample rate of 44.1 kHz. As noted above, the peaks and troughs introduced by the crosstalk processing are compensated for through filtering; the applied filtering includes gains being applied to subbands of the mid portion of the output signal in order to generate an enhanced portion of the output signal. |

6

| Claim 1 | Accused Products |
|---|---|
| [1.4] combining the enhanced spatial component and the enhanced nonspatial component into a left output channel and a right output channel. | Each Accused product performs a method that includes the step of combining the enhanced spatial component and the enhanced nonspatial component into a left output channel and a right output channel.<br><br>For example, in the Galaxy Tab S10 FE, the enhanced spatial and nonspatial components are combined to form left and right channels. For instance, the left output channel is derived by adding an enhanced nonspatial component to an enhanced spatial component, and the right output channel is derived by subtracting an enhanced spatial component from an enhanced nonspatial component. |